IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)
Civil Action No. 3:10-cv-00094

| | |
|---|---|
| TLV CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DESSELLE-MAGGARD CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on the parties' request. As the parties did not come to terms in the their F.R.C.P. 26(f) conference, the Court will hold a hearing to resolve the issues. The hearing will be on June 2, 2010, at 10:30 a.m., in Courtroom #3. **SO ORDERED**.

Signed: May 28, 2010

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge