IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-94

| | | |
|---|---|---|
| TLV CORP., | ) | |
| | ) | |
| Plaintiff, | ) | **PROPOSED ORDER** |
| | ) | **AMENDING PRETRIAL** |
| v. | ) | **ORDER AND CASE** |
| | ) | **MANAGEMENT PLAN** |
| DESSELLE-MAGGARD CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the undersigned upon the Parties' Consent Motion requesting an Order amending the Court's Pretrial Order and Case Management Plan. In the interest of justice and judicial economy, and for good cause shown, the Court orders that the Pretrial Order and Case Management Plan is amended to include the following dates:

1. The information required by Federal Rule of Civil Procedure 26(a)(2) shall be due from the Plaintiff by May 16, 2011 and shall be due from the Defendant by June 17, 2011. Any supplementation required under Federal Rule of Civil Procedure 26(e) is due by July 15, 2011.

2. All discovery shall be completed by August 2, 2011.

3. All motions, except motions in limine and motions to continue, shall be filed by September 2, 2011.

4. The trial will be tentatively scheduled for the January 2012 term.

Signed: December 28, 2010

Graham C. Mullen
United States District Judge